UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LA'SHAUNA PURSE, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> AMARA HOME CARE SERVICES, INC., et al. <br><br> Defendants. | CASE NO. 1:18-cv-898 <br><br> JUDGE CHRISTOPHER A. BOYKO <br><br> **JOINT MOTION OF THE PARTIES FOR APPROVAL OF CONFIDENTIAL SETTLEMENT AND DISMISSAL OF THE ACTION** |

For the reasons set forth below, Plaintiffs La'Shauna Purse and Tanecia Hunter, and Defendants Amara Home Care Services, Inc., Linus Ogbuji, and Margaret Ogbuji (collectively "Defendants"), hereby move this Court for an Order (1) approving the settlement between the parties as fair and reasonable; and (2) dismissing this case, with prejudice, each party to bear its own costs and attorneys' fees.

In support of this motion, the parties state that:

1. Plaintiffs alleged in the Complaint, among other things, claims for alleged unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq. ("FLSA") and Ohio Revised Code Chapter 4111.11.

2. Defendants contended, and continue to contend, that Plaintiffs were not entitled to the claimed compensation for a variety of reasons.

3. In an effort to reach a compromise and to avoid the expense and burden of litigation, the parties, without any admission of liability as to any of the asserted claims, have reached a settlement of all claims asserted in the pending action, as well as any and all other claims, demands and causes of action that relate to or reasonably could have arisen out of the same facts alleged in

1

the action, including attorneys' fees and costs, up to the date hereof. The terms of that settlement are embodied in a written agreement, the terms are embodied in the Confidential Joint Stipulation of Settlement and Release, attached as Exhibit 1.

4. Plaintiff's counsel believes that the proposed Settlement is fair and reasonable. *See* Exhibit 2.

5. The settlement between the parties is contingent upon the Court's review and approval and issuance of an Order approving the confidential settlement as fair and reasonable.

6. Provided the Court provides the approval sought herein, the parties, pursuant to Fed. R. Civ. P. 41, hereby stipulate to the dismissal of this case, with prejudice, each party to bear its own attorneys' fees and costs. The parties request that the Court retain jurisdiction to enforce the terms of their agreement.

WHEREFORE, Plaintiff and Defendants request that the Court enter an Order (see Exhibit 3) approving the settlement agreement between the parties as fair and reasonable, and dismissing this case with prejudice, each party to bear its own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Lori Griffin | /s/ Melissa A. Yasinow |
| Lori M. Griffin (0085241) | Robert Gilmore (0037042) |
| Anthony J. Lazzaro (0077962) | Jonathon W. Groza (0083985) |
| The Lazzaro Law Firm, LLC | Melissa A. Yasinow (0087681) |
| 920 Rockefeller Building | One Cleveland Center, 29th Floor |
| 614 West Superior Avenue | 1375 East Ninth Street |
| Cleveland, OH 44113 | Cleveland, Ohio 44114-1793 |
| Phone: 216-696-5000 | Telephone: (216) 696-8700 |
| Facsimile: 216-696-7005 | Facsimile: (216) 621-6536 |
| lori@lazzarolawfirm.com | Email: rsg@kjk.com |
| anthony@lazzarolawfirm.com | jwg@kjk.com |
| *Attorney for Plaintiff* | may@kjk.com |
| | *Counsel for Defendants* |