UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LA'SHAUNA PURSE, on behalf of herself and all others similarly situated,   ) | CASE NO. 1:18-cv-898 |
| ) | |
| ) | JUDGE CHRISTOPHER A. BOYKO |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | |
| ) | **ORDER APPROVING** |
| AMARA HOME CARE SERVICES,   ) | **SETTLEMENT AND DISMISSING** |
| INC., et al.   ) | **CASE WITH PREJUDICE** |
| ) | |
| Defendants.   ) | |

THIS CAUSE having come before the Court on the Joint Motion for Approval of Confidential Settlement and Stipulation of Dismissal With Prejudice as to Plaintiff's Complaint, such stipulation including the parties' Confidential Joint Stipulation of Settlement and Release, and due cause appearing therefore, it is hereby:

ORDERED AND ADJUDGED as follows:

1. This Court hereby accepts and approves the proposed settlement and holds that proposed settlement submitted by the parties is a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act;

2. The Court orders that the settlement payments be distributed in the manner, and subject to the terms and conditions, set forth in the Confidential Settlement; and

3. The above case is hereby DISMISSED WITH PREJUDICE; each party to bear his/its own attorneys' fees and costs except as otherwise provide by the settlement agreement. All pending deadlines are stricken as moot. This Court shall retain jurisdiction to enforce the parties' settlement agreement.

ORDERED this __2nd__ day of __January__, ~~2018~~ 2019.

                                          s/ Christopher A. Boyko
                                          _____
                                          JUDGE CHRISTOPHER A. BOYKO